IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PHILLIP WILLIAM BAY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 3:16-cv-00221 Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| Defendant. | ) | |

## **O R D E R**

On January 31, 2017, the magistrate judge issued a Report and Recommendation (DE #19), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Judgment upon the Administrative Record (Docket No. 15) is GRANTED, and the Commissioner's decision is hereby REVERSED. This matter is REMANDED for further administrative proceedings consistent with the Report and Recommendation.

The Clerk shall administratively close this file.

It is so **ORDERED**.

ENTER this 28th day of February 2017.

_____
ALETA A. TRAUGER
U.S. District Judge